IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. 2:14-cv-1574-TLN-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| WILLIAM W. WARNER, et al., | |
| Defendants. | |

This action was removed to this court from the Shasta County Superior Court by the defendants, proceeding *in propria persona*. This matter is set for an initial scheduling conference on November 5, 2014, before the undersigned in Redding, California.

The undersigned has issued findings and recommendations for this action to be remanded back to state court. The court therefore finds it appropriate to vacate the scheduling conference until the pending findings and recommendations have been ruled on. Once the issue of jurisdiction has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2   November 5, 2014, is vacated, to be reset following final resolution of the pending findings and
3   recommendations, if appropriate.

  DATED: October 29, 2014

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE