1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   WELLS FARGO BANK, N.A.,                 No.  2:14-cv-1574-TLN-CMK

12            Plaintiff,

13        v.                                 **ORDER**

14   WILLIAM W. WARNER, et al.,

15            Defendants.

16

17            Plaintiff, proceeding pro se, brings this civil action.  The matter was referred to a

18   United States Magistrate Judge pursuant to Eastern District of California local rules.

19            On December 3, 2014, the Magistrate Judge filed findings and recommendations

20   herein which were served on the parties and which contained notice that the parties may file

21   objections within a specified time.  No objections to the findings and recommendations have been

22   filed.

23            The Court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the Magistrate Judge's analysis.

25            Accordingly, IT IS HEREBY ORDERED that:

26            1.   The findings and recommendations filed December 3, 2014, are adopted in

27                 full;

28   / / /

                                             1

2. This matter is remanded to the Superior Court of the State of California, County of Shasta;

3. Plaintiff's ex parte application for an order shortening time is denied as unnecessary; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 12, 2015

Troy L. Nunley
United States District Judge